# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

129459 & (44)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ASSOCIATED BUILDERS & CONTRACTORS
OF MICHIGAN SELF-INSURED WORKERS
COMPENSATION FUND,
        Plaintiff-Appellee,
        Cross-Appellant,

v

ACKER STEEL ERECTORS, INC.,
        Defendant-Appellant,
        Cross-Appellee.

SC: 129459
COA: 250973
Jackson CC: 02-003733-AV

_____/

      On order of the Court, the application for leave to appeal the June 21, 2005 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

_____
Clerk

t0320